**Order entered April 8, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01525-CV

**D MAGAZINE PARTNERS, L.P. D/B/A D MAGAZINE F/K/A MAGAZINE LIMITED PARTNERS, L.P. AND ALLISON MEDIA, INC., Appellants**

**V.**

**JANAY BENDER ROSENTHAL, Appellee**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-01346**

## ORDER

Before the Court is appellee's April 6, 2020 unopposed motion for an extension of time to file his brief. We **GRANT** the motion and **ORDER** the brief be filed no later than May 12, 2020.

/s/     ROBERT D. BURNS, III
        CHIEF JUSTICE